■ In the Matter of MARK KRESSNER, a Suspended Attor-

ney.—Motion for reinstatement granted to the extent of referring this matter to the Departmental Disciplinary Committee for a hearing as indicated. Concur—Carro, P. J., Ellerin, Kupferman, Ross and Kassal, JJ.